# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PRISCILLA CHARCAS, <br>    *Plaintiff*, <br><br> v. <br><br> MARSDEN SOUTH, LLC, <br> HARBOR AMERICAN CENTRAL, INC., <br> and HBS NATIONAL CORPORATION <br>    *Defendants*. | § § § § § § § § § § | CIVIL ACTION NO.: _____ |

## DEFENDANTS MARSDEN SOUTH, LLC AND HBS NATIONAL CORPORATION'S NOTICE OF REMOVAL

Defendants and Petitioners Marsden South, LLC and HBS National Corporation (collectively, "Defendants")[1] hereby give notice of the removal to this Court of the action filed by Plaintiff Priscilla Charcas ("Plaintiff") in the District Court of the 11th Judicial District, Harris County, Texas, cause number 2019-47180. Defendants aver as follows in support of their Notice of Removal.

### INTRODUCTION

1. Plaintiff filed an employment action against the Defendants alleging sex/pregnancy discrimination under the Texas Labor Code.

2. On March 10, 2021, Plaintiff served the Defendants with her First Amended Petition, which, for the first time, asserted federal causes of action under the Americans with Disabilities Act ("ADA") and Title VII of the Civil Rights Act of 1964 ("Title VII").

### BASIS FOR REMOVAL

3. Defendants may properly remove this action pursuant to 28 U.S.C. §§ 1441(a) because the Plaintiff is asserting claims that arise under the Constitution, laws, or treaties of the United

---

[1] Defendant Harbor American Central, Inc. does not oppose the removal of this action.

States. In addition, Plaintiff's state law claims are so related to her claims that are within this Court's original jurisdiction that they form part of the same case or controversy and, therefore, fall within this Court's supplemental jurisdiction.

4. In Plaintiff's First Amended Petition, she alleges that Defendants discriminated against her because of her disability, in violation of the ADA. Plaintiff also alleges that Defendants discriminated against her on the basis of her sex and pregnancy, in violation of Title VII. Plaintiff's ADA and Title VII causes of action both constitute claims arising under the laws of the United States pursuant to 28 U.S.C. § 1331 and are appropriate bases for removal to this Court under 28 U.S.C. § 1441(a).

5. Additionally, pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's state law claims because the claims form part of the same case or controversy.

## VENUE

6. In accordance with 28 U.S.C. § 1441(a), venue lies in this Court because the state court action was filed and is pending in the District Court of the 11th Judicial District, Harris County, Texas, which is within this judicial district.

## TIMELY REMOVAL

7. Removal is timely under 28 U.S.C. § 1446(b)(3) because Defendants are removing this action within thirty days of receipt of Plaintiff's First Amended Petition. Plaintiff's First Amended Petition was the first amended pleading that raised federal causes of action and from which Defendants could first ascertain that this action is one which could be removed. Plaintiff served Defendants with the First Amended Petition on March 10, 2021, and this Notice is being filed on March 18, 2021.

## **REQUIRED FILINGS AND ATTACHMENTS**

8. A true and correct copy of this Notice of Removal is being filed contemporaneously with the District Court of the 11th Judicial District, Harris County, Texas, pursuant to 28 U.S.C. § 1446(d).

9. Pursuant to 28 U.S.C. § 1446(a), attached are true and correct copies of the following documents filed in the District Court of the 11th Judicial District, Harris County, Texas:

- Exhibit No. 1: Citation
- Exhibit No. 2: Plaintiff's Original Petition
- Exhibit No. 3: Plaintiff's First Amended Petition

10. Pursuant to Local Rule 81, the following documents are attached to this Notice of Removal:

- Exhibit No. 4: Index of Matters Being Filed
- Exhibit No. 5: List of all Counsel of Record

## **CONCLUSION**

11. Removal is proper because this action involves claims arising under the laws of the United States, as well as state law claims that fall within this Court's supplemental jurisdiction, that could have been brought in federal court. 28 U.S.C. §§ 1331(a), 1441(a), 1367(a). Accordingly, Defendants respectfully request that the Court remove this action to the United States District Court for the Southern District of Texas, Houston Division.

                Respectfully Submitted,

                */s/ Ruth M. Willars*
                RUTH M. WILLARS
                Texas SBN: 24003175
                Fed. ID No.: 28285
                Email: rwillars@montyramirezlaw.com
                Monty & Ramirez LLP
                150 W. Parker Road, Third Floor
                Houston, Texas 77076
                Phone: (281) 493-5529
                Facsimile: (281) 493-5983
                **ATTORNEY FOR DEFENDANTS**
                **MARSDEN SOUTH, LLC AND HBS**
                **NATIONAL CORPORATION**

## CERTIFICATE OF CONSENT

     I certify that I communicated with James Frances, attorney for Harbor America Central, Inc., and he represented that his client consents to the removal.

                */s/ Ruth M. Willars*
                RUTH M. WILLARS

## CERTIFICATE OF SERVICE

I do hereby certify that on March 18, 2021 a true and correct copy of the above and foregoing instrument has been forwarded to the following attorneys of record for Plaintiff via electronic service pursuant to the Local Rules of the Southern District of Texas:

| | |
|---|---|
| The Richey Law Firm<br>c/o Sara Richey, Esq.<br>3801 Kirby Drive, Suite 344<br>Houston, Texas 77098<br>**ATTORNEY FOR PLAINTIFF** | James R. Francis, Esq.<br>BARNWELL LAW GROUP, P.C.<br>3880 Parkwood Blvd., Suite 603<br>Frisco, Texas 75034<br>Telephone: (678) 367-2196<br>Facsimile: (678) 559-0778<br>jfrancis@barnwelllawgroup.com<br>**ATTORNEY FOR DEFENDANT**<br>**HARBOR AMERICA CENTRAL, INC.** |

                */s/ Ruth M. Willars*
                RUTH M. WILLARS