United States District Court
Southern District of Texas

**ENTERED**

August 27, 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Priscilla Charcas,<br><br>        Plaintiff,<br><br>v.<br><br>Marsden South, LLC, Harbor America Central, Inc., and HBS National Corporation,<br><br>        Defendants. | Court File No.  4:21-cv-00899<br><br>**[PROPOSED] ORDER REGARDING PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice (ECF No.  28 ) (the "Stipulation"),

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Defendants is dismissed with prejudice on the merits, without costs or disbursements to any party.

Date:  8/27/2021

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**